**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert B. Weaver<br>Jacob D. Ross<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 26-13307 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/Maggie Soboleski
Maggie Soboleski
26 Aug 2026, 19:20:53, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: b8a60e03ca70f3d3343ac84d232b0a24d5869176218b910f11edc7cfceff9afc