PRIMARK

**Employer Name:** Primark US Corp
**Employer Phone:** 617-946-3235
**Employer Address:** 101 Arch Street, Suite 1501
Boston, MA 02110

**Employee Name:** Jacob Ross
**Employee #:** 10659214
**Employee Address:** 4046 Nicholas Street
Easton, PA 18045
**Department:** 85 Supply Chain
**Job Title:** Transport & Logistics Coordinator SC065FTR

**Pay Date:** 7/24/2026
**Pay Period:** 7/5/2026 - 7/18/2026
**Deposit Advice #:** 305588762
**Pay Frequency:** Bi-Weekly
**Pay Rate:** $2,801.62
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No
**Local Exemptions:** (Palmer)
**State Filing Status:** (PA)
**State Exemptions:** (PA)

| | Current 7/5/2026 - 7/18/2026 | | | YTD As of 7/18/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **80.00** | | **$2,801.62** | **1,200.00** | **$42,024.30** |
| Regular | 80.00 | 35.0202 | $2,801.62 | 1,046.00 | $36,631.22 |
| Floating Holida | | | | 48.00 | $1,680.96 |
| PTO | | | | 80.00 | $2,801.60 |
| Sick | | | | 26.00 | $910.52 |
| **Taxable Benefits** | | | **$0.85** | | **$12.75** |
| GTL | | | $0.85 | | $12.75 |
| **Memo Information** | | | **$135.69** | | **$2,035.35** |
| Employer HSA | | | $9.62 | | $144.30 |
| 401k Match | | | $126.07 | | $1,891.05 |
| **Pre-Tax Deductions** | | | **$387.33** | | **$5,781.94** |
| HSA Medical | | | $119.69 | | $1,795.35 |
| Dental | | | $10.81 | | $162.15 |
| Vision | | | $3.03 | | $45.45 |
| FSA Health | | | $57.69 | | $865.35 |
| 401K | | | $196.11 | | $2,913.64 |
| **Taxes** | | | **$515.83** | | **$7,740.84** |
| Fed W/H | | | $205.87 | | $3,091.41 |
| FICA EE | | | $161.89 | | $2,428.46 |
| Fed MWT EE | | | $37.87 | | $567.95 |
| PA W/H | | | $80.14 | | $1,202.10 |
| PA UT EE | | | $1.96 | | $29.42 |
| PlmrTwpW/H | | | $26.10 | | $391.50 |
| PlmrTwpLST | | | $2.00 | | $30.00 |
| **Post-Tax Deductions** | | | **$34.47** | | **$517.05** |
| AD&D EE | | | $0.98 | | $14.70 |
| Opt Life EE | | | $6.23 | | $93.45 |
| Accident | | | $4.71 | | $70.65 |
| Critical Ill | | | $5.36 | | $80.40 |
| Hospital | | | $7.38 | | $110.70 |
| Legal Services | | | $9.81 | | $147.15 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,863.99** | | **$27,984.47** |
| Direct Deposit | 043000096 | XXXXXX3631 | $1,863.99 | | |

dayforce

PRIMARK

**Employer Name:** Primark US Corp
**Employer Phone:** 617-946-3235
**Employer Address:** 101 Arch Street, Suite 1501 Boston, MA 02110

**Employee Name:** Jacob Ross
**Employee #:** 10659214
**Employee Address:** 4046 Nicholas Street Easton, PA 18045
**Department:** 85 Supply Chain
**Job Title:** Transport & Logistics Coordinator SC065FTR

**Pay Date:** 7/10/2026
**Pay Period:** 6/21/2026 - 7/4/2026
**Deposit Advice #:** 297314727
**Pay Frequency:** Bi-Weekly
**Pay Rate:** $2,801.62
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No
**Local Exemptions:** (Palmer)
**State Filing Status:** (PA)
**State Exemptions:** (PA)

| | Current 6/21/2026 - 7/4/2026 | | | YTD As of 7/4/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **80.00** | | **$2,801.62** | **1,120.00** | **$39,222.68** |
| Regular | 72.00 | 35.0203 | $2,521.46 | 966.00 | $33,829.60 |
| Floating Holida | 8.00 | 35.0202 | $280.16 | 48.00 | $1,680.96 |
| PTO | | | | 80.00 | $2,801.60 |
| Sick | | | | 26.00 | $910.52 |
| **Taxable Benefits** | | | **$0.85** | | **$11.90** |
| GTL | | | $0.85 | | $11.90 |
| **Memo Information** | | | **$135.69** | | **$1,899.66** |
| Employer HSA | | | $9.62 | | $134.68 |
| 401k Match | | | $126.07 | | $1,764.98 |
| **Pre-Tax Deductions** | | | **$387.33** | | **$5,394.61** |
| HSA Medical | | | $119.69 | | $1,675.66 |
| Dental | | | $10.81 | | $151.34 |
| Vision | | | $3.03 | | $42.42 |
| FSA Health | | | $57.69 | | $807.66 |
| 401K | | | $196.11 | | $2,717.53 |
| **Taxes** | | | **$515.83** | | **$7,225.01** |
| Fed W/H | | | $205.87 | | $2,885.54 |
| FICA EE | | | $161.90 | | $2,266.57 |
| Fed MWT EE | | | $37.86 | | $530.08 |
| PA W/H | | | $80.14 | | $1,121.96 |
| PA UT EE | | | $1.96 | | $27.46 |
| PlmrTwpW/H | | | $26.10 | | $365.40 |
| PlmrTwpLST | | | $2.00 | | $28.00 |
| **Post-Tax Deductions** | | | **$34.47** | | **$482.58** |
| AD&D EE | | | $0.98 | | $13.72 |
| Opt Life EE | | | $6.23 | | $87.22 |
| Accident | | | $4.71 | | $65.94 |
| Critical Ill | | | $5.36 | | $75.04 |
| Hospital | | | $7.38 | | $103.32 |
| Legal Services | | | $9.81 | | $137.34 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,863.99** | | **$26,120.48** |
| Direct Deposit | 043000096 | XXXXXX3631 | $1,863.99 | | |

PRIMARK

**Employer Name:** Primark US Corp
**Employer Phone:** 617-946-3235
**Employer Address:** 101 Arch Street, Suite 1501, Boston, MA 02110

**Employee Name:** Jacob Ross
**Employee #:** 10659214
**Employee Address:** 4046 Nicholas Street, Easton, PA 18045
**Department:** 85 Supply Chain
**Job Title:** Transport & Logistics Coordinator SC065FTR

**Pay Date:** 6/26/2026
**Pay Period:** 6/7/2026 - 6/20/2026
**Deposit Advice #:** 286827899
**Pay Frequency:** Bi-Weekly
**Pay Rate:** $2,801.62
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No
**Local Exemptions:** (Palmer)
**State Filing Status:** (PA)
**State Exemptions:** (PA)

| | Current 6/7/2026 - 6/20/2026 | | | YTD As of 6/20/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **80.00** | | **$2,801.62** | **1,040.00** | **$36,421.06** |
| Regular | 72.00 | 35.0203 | $2,521.46 | 894.00 | $31,308.14 |
| Floating Holida | 8.00 | 35.0202 | $280.16 | 40.00 | $1,400.80 |
| PTO | | | | 80.00 | $2,801.60 |
| Sick | | | | 26.00 | $910.52 |
| **Taxable Benefits** | | | **$0.85** | | **$11.05** |
| GTL | | | $0.85 | | $11.05 |
| **Memo Information** | | | **$135.69** | | **$1,763.97** |
| Employer HSA | | | $9.62 | | $125.06 |
| 401k Match | | | $126.07 | | $1,638.91 |
| **Pre-Tax Deductions** | | | **$387.33** | | **$5,007.28** |
| HSA Medical | | | $119.69 | | $1,555.97 |
| Dental | | | $10.81 | | $140.53 |
| Vision | | | $3.03 | | $39.39 |
| FSA Health | | | $57.69 | | $749.97 |
| 401K | | | $196.11 | | $2,521.42 |
| **Taxes** | | | **$515.83** | | **$6,709.18** |
| Fed W/H | | | $205.87 | | $2,679.67 |
| FICA EE | | | $161.90 | | $2,104.67 |
| Fed MWT EE | | | $37.86 | | $492.22 |
| PA W/H | | | $80.14 | | $1,041.82 |
| PA UT EE | | | $1.96 | | $25.50 |
| PlmrTwpW/H | | | $26.10 | | $339.30 |
| PlmrTwpLST | | | $2.00 | | $26.00 |
| **Post-Tax Deductions** | | | **$34.47** | | **$448.11** |
| AD&D EE | | | $0.98 | | $12.74 |
| Opt Life EE | | | $6.23 | | $80.99 |
| Accident | | | $4.71 | | $61.23 |
| Critical Ill | | | $5.36 | | $69.68 |
| Hospital | | | $7.38 | | $95.94 |
| Legal Services | | | $9.81 | | $127.53 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,863.99** | | **$24,256.49** |
| Direct Deposit | 043000096 | XXXXXX3631 | $1,863.99 | | |

dayforce

PRIMARK

**Employer Name:** Primark US Corp
**Employer Phone:** 617-946-3235
**Employer Address:** 101 Arch Street, Suite 1501 Boston, MA 02110

**Employee Name:** Jacob Ross
**Employee #:** 10659214
**Employee Address:** 4046 Nicholas Street Easton, PA 18045
**Department:** 85 Supply Chain
**Job Title:** Transport & Logistics Coordinator SC065FTR

**Pay Date:** 6/12/2026
**Pay Period:** 5/24/2026 - 6/6/2026
**Deposit Advice #:** 279189581
**Pay Frequency:** Bi-Weekly
**Pay Rate:** $2,801.62
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No
**Local Exemptions:** (Palmer)
**State Filing Status:** (PA)
**State Exemptions:** (PA)

| | Current 5/24/2026 - 6/6/2026 | | | YTD As of 6/6/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **80.00** | | **$2,801.62** | **960.00** | **$33,619.44** |
| Regular | 48.00 | 35.0204 | $1,680.98 | 822.00 | $28,786.68 |
| Floating Holida | 8.00 | 35.0202 | $280.16 | 32.00 | $1,120.64 |
| PTO | 24.00 | 35.0202 | $840.48 | 80.00 | $2,801.60 |
| Sick | | | | 26.00 | $910.52 |
| **Taxable Benefits** | | | **$0.85** | | **$10.20** |
| GTL | | | $0.85 | | $10.20 |
| **Memo Information** | | | **$135.69** | | **$1,628.28** |
| Employer HSA | | | $9.62 | | $115.44 |
| 401k Match | | | $126.07 | | $1,512.84 |
| **Pre-Tax Deductions** | | | **$387.33** | | **$4,619.95** |
| HSA Medical | | | $119.69 | | $1,436.28 |
| Dental | | | $10.81 | | $129.72 |
| Vision | | | $3.03 | | $36.36 |
| FSA Health | | | $57.69 | | $692.28 |
| 401K | | | $196.11 | | $2,325.31 |
| **Taxes** | | | **$515.84** | | **$6,193.35** |
| Fed W/H | | | $205.87 | | $2,473.80 |
| FICA EE | | | $161.90 | | $1,942.77 |
| Fed MWT EE | | | $37.87 | | $454.36 |
| PA W/H | | | $80.14 | | $961.68 |
| PA UT EE | | | $1.96 | | $23.54 |
| PlmrTwpW/H | | | $26.10 | | $313.20 |
| PlmrTwpLST | | | $2.00 | | $24.00 |
| **Post-Tax Deductions** | | | **$34.47** | | **$413.64** |
| AD&D EE | | | $0.98 | | $11.76 |
| Opt Life EE | | | $6.23 | | $74.76 |
| Accident | | | $4.71 | | $56.52 |
| Critical Ill | | | $5.36 | | $64.32 |
| Hospital | | | $7.38 | | $88.56 |
| Legal Services | | | $9.81 | | $117.72 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,863.98** | | **$22,392.50** |
| Direct Deposit | 043000096 | XXXXXX3631 | $1,863.98 | | |

PRIMARK®

**Employer Name:** Primark US Corp
**Employer Phone:** 617-946-3235
**Employer Address:** 101 Arch Street, Suite 1501
Boston, MA 02110

**Employee Name:** Jacob Ross
**Employee #:** 10659214
**Employee Address:** 4046 Nicholas Street
Easton, PA 18045
**Department:** 85 Supply Chain
**Job Title:** Transport & Logistics Coordinator SC065FTR

**Pay Date:** 5/29/2026
**Pay Period:** 5/10/2026 - 5/23/2026
**Deposit Advice #:** 270860016
**Pay Frequency:** Bi-Weekly
**Pay Rate:** $2,801.62
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No
**Local Exemptions:** (Palmer)
**State Filing Status:** (PA)
**State Exemptions:** (PA)

| | Current 5/10/2026 - 5/23/2026 | | | YTD As of 5/23/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **80.00** | | **$2,801.62** | **880.00** | **$30,817.82** |
| Regular | 72.00 | 35.0203 | $2,521.46 | 774.00 | $27,105.70 |
| Floating Holida | | | | 24.00 | $840.48 |
| PTO | 8.00 | 35.0202 | $280.16 | 56.00 | $1,961.12 |
| Sick | | | | 26.00 | $910.52 |
| **Taxable Benefits** | | | **$0.85** | | **$9.35** |
| GTL | | | $0.85 | | $9.35 |
| **Memo Information** | | | **$135.69** | | **$1,492.59** |
| Employer HSA | | | $9.62 | | $105.82 |
| 401k Match | | | $126.07 | | $1,386.77 |
| **Pre-Tax Deductions** | | | **$387.33** | | **$4,232.62** |
| HSA Medical | | | $119.69 | | $1,316.59 |
| Dental | | | $10.81 | | $118.91 |
| Vision | | | $3.03 | | $33.33 |
| FSA Health | | | $57.69 | | $634.59 |
| 401K | | | $196.11 | | $2,129.20 |
| **Taxes** | | | **$515.83** | | **$5,677.51** |
| Fed W/H | | | $205.87 | | $2,267.93 |
| FICA EE | | | $161.89 | | $1,780.87 |
| Fed MWT EE | | | $37.86 | | $416.49 |
| PA W/H | | | $80.14 | | $881.54 |
| PA UT EE | | | $1.97 | | $21.58 |
| PlmrTwpW/H | | | $26.10 | | $287.10 |
| PlmrTwpLST | | | $2.00 | | $22.00 |
| **Post-Tax Deductions** | | | **$34.47** | | **$379.17** |
| AD&D EE | | | $0.98 | | $10.78 |
| Opt Life EE | | | $6.23 | | $68.53 |
| Accident | | | $4.71 | | $51.81 |
| Critical Ill | | | $5.36 | | $58.96 |
| Hospital | | | $7.38 | | $81.18 |
| Legal Services | | | $9.81 | | $107.91 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,863.99** | | **$20,528.52** |
| Direct Deposit | 043000096 | XXXXXX3631 | $1,863.99 | | |

dayforce