St Lukes Physician Group Inc 801 Ostrum Street Bethlehem, PA 18015
Robert Weaver 4046 Nicholas Street Easton, PA 18045

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Weaver | St Lukes Physician Group Inc | 24417 | 07/05/2026 | 07/18/2026 | 07/23/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 1,593.38 | 41.76 | 307.16 | 7.11 | 1,237.35 |
| YTD | 25,379.51 | 626.40 | 5,011.37 | 106.65 | 19,635.09 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 07/05/2026 - 07/18/2026 | 61.5 | 21.1968 | 1,303.61 | 20,640.51 |
| Overtime | | | 0 | | 23.85 |
| Sick Time | 07/05/2026 - 07/11/2026 | 3.13 | 21.1968 | 66.35 | 995.07 |
| Holiday | | | 0 | | 678.32 |
| PTO | 07/05/2026 - 07/18/2026 | 10.54 | 21.1968 | 223.42 | 2,508.95 |
| Excused Absence | 07/12/2026 - 07/18/2026 | 4.83 | 0 | 0.00 | 0.00 |
| Bonus - SLPG Staff/Mgr Qtr | | | 0 | | 532.81 |
| FMLA Intermittent Unpaid | 07/05/2026 - 07/18/2026 | 18.5 | 0 | 0.00 | 0.00 |
| Earnings | | | | 1,593.38 | 25,379.51 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 96.20 | 1,534.69 |
| Medicare | 22.50 | 358.92 |
| Federal Withholding | 122.19 | 2,062.52 |
| State Tax - PA | 47.63 | 759.93 |
| SUI-Employee Paid - PA | 1.12 | 17.77 |
| City Tax - PALMR | 15.52 | 247.54 |
| PA LST - PALMR | 2.00 | 30.00 |
| Employee Taxes | 307.16 | 5,011.37 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Medical Spending Flex | 24.00 | 360.00 |
| Medical Priority Care | 9.00 | 135.00 |
| Vision | 4.76 | 71.40 |
| Dental | 4.00 | 60.00 |
| Pre Tax Deductions | 41.76 | 626.40 |

**Post Tax Deduction**

| Description | Amount | YTD |
|---|---|---|
| Life Insurance | 7.11 | 106.65 |
| Post Tax Deduction | 7.11 | 106.65 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,551.62 | 24,753.11 |
| Medicare - Taxable Wages | 1,551.62 | 24,753.11 |
| Federal Withholding - Taxable Wages | 1,551.62 | 24,753.11 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PNC Bank | PNC | ******3631 | | 1,237.35 | USD |

St Lukes Physician Group Inc 801 Ostrum Street Bethlehem, PA 18015
Robert Weaver 4046 Nicholas Street Easton, PA 18045

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Weaver | St Lukes Physician Group Inc | 24417 | 06/21/2026 | 07/04/2026 | 07/09/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 1,695.76 | 41.76 | 331.52 | 7.11 | 1,315.37 |
| YTD | 23,786.13 | 584.64 | 4,704.21 | 99.54 | 18,397.74 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 06/21/2026 - 07/04/2026 | 64 | 21.1968 | 1,356.60 | 19,336.90 |
| Overtime | | | 0 | | 23.85 |
| Sick Time | 06/21/2026 - 06/27/2026 | 3.13 | 21.1968 | 66.35 | 928.72 |
| Holiday | 06/28/2026 - 07/04/2026 | 8 | 21.1968 | 169.58 | 678.32 |
| PTO | 06/21/2026 - 06/27/2026 | 4.87 | 21.1968 | 103.23 | 2,285.53 |
| Bonus - SLPG Staff/Mgr Qtr | | | 0 | | 532.81 |
| FMLA Intermittent Unpaid | 06/21/2026 - 07/04/2026 | 8 | 0 | 0.00 | 0.00 |
| Earnings | | | | 1,695.76 | 23,786.13 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 102.55 | 1,438.49 |
| Medicare | 23.98 | 336.42 |
| Federal Withholding | 134.48 | 1,940.33 |
| State Tax - PA | 50.78 | 712.30 |
| SUI-Employee Paid - PA | 1.19 | 16.65 |
| City Tax - PALMR | 16.54 | 232.02 |
| PA LST - PALMR | 2.00 | 28.00 |
| Employee Taxes | 331.52 | 4,704.21 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Medical Spending Flex | 24.00 | 336.00 |
| Medical Priority Care | 9.00 | 126.00 |
| Vision | 4.76 | 66.64 |
| Dental | 4.00 | 56.00 |
| Pre Tax Deductions | 41.76 | 584.64 |

**Post Tax Deduction**

| Description | Amount | YTD |
|---|---|---|
| Life Insurance | 7.11 | 99.54 |
| Post Tax Deduction | 7.11 | 99.54 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,654.00 | 23,201.49 |
| Medicare - Taxable Wages | 1,654.00 | 23,201.49 |
| Federal Withholding - Taxable Wages | 1,654.00 | 23,201.49 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PNC Bank | PNC | ******3631 | | 1,315.37 | USD |

St Lukes Physician Group Inc 801 Ostrum Street Bethlehem, PA 18015
Robert Weaver 4046 Nicholas Street Easton, PA 18045

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Weaver | St Lukes Physician Group Inc | 24417 | 06/07/2026 | 06/20/2026 | 06/25/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 1,686.97 | 41.76 | 329.43 | 7.11 | 1,308.67 |
| YTD | 22,090.37 | 542.88 | 4,372.69 | 92.43 | 17,082.37 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 06/07/2026 - 06/20/2026 | 64 | 21.1968 | 1,356.61 | 17,980.30 |
| Overtime | 06/07/2026 - 06/13/2026 | 0.25 | 31.7968 | 7.95 | 23.85 |
| Sick Time | 06/14/2026 - 06/20/2026 | 3.13 | 21.1968 | 66.35 | 862.37 |
| Holiday | | | 0 | | 508.74 |
| PTO | 06/14/2026 - 06/20/2026 | 12.08 | 21.1968 | 256.06 | 2,182.30 |
| Excused Absence | 06/14/2026 - 06/20/2026 | 0.78 | 0 | 0.00 | 0.00 |
| Bonus - SLPG Staff/Mgr Qtr | | | 0 | | 532.81 |
| FMLA Intermittent Unpaid | 06/07/2026 - 06/20/2026 | 16 | 0 | 0.00 | 0.00 |
| Earnings | | | | 1,686.97 | 22,090.37 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 102.00 | 1,335.94 |
| Medicare | 23.86 | 312.44 |
| Federal Withholding | 133.43 | 1,805.85 |
| State Tax - PA | 50.51 | 661.52 |
| SUI-Employee Paid - PA | 1.18 | 15.46 |
| City Tax - PALMR | 16.45 | 215.48 |
| PA LST - PALMR | 2.00 | 26.00 |
| Employee Taxes | 329.43 | 4,372.69 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Medical Spending Flex | 24.00 | 312.00 |
| Medical Priority Care | 9.00 | 117.00 |
| Vision | 4.76 | 61.88 |
| Dental | 4.00 | 52.00 |
| Pre Tax Deductions | 41.76 | 542.88 |

**Post Tax Deduction**

| Description | Amount | YTD |
|---|---|---|
| Life Insurance | 7.11 | 92.43 |
| Post Tax Deduction | 7.11 | 92.43 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,645.21 | 21,547.49 |
| Medicare - Taxable Wages | 1,645.21 | 21,547.49 |
| Federal Withholding - Taxable Wages | 1,645.21 | 21,547.49 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PNC Bank | PNC | ******3631 | | 1,308.67 | USD |

St Lukes Physician Group Inc 801 Ostrum Street Bethlehem, PA 18015
Robert Weaver 4046 Nicholas Street Easton, PA 18045

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Weaver | St Lukes Physician Group Inc | 24417 | 05/24/2026 | 06/06/2026 | 06/11/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 1,695.77 | 41.76 | 331.51 | 7.11 | 1,315.39 |
| YTD | 20,403.40 | 501.12 | 4,043.26 | 85.32 | 15,773.70 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Regular | 05/24/2026 - 06/06/2026 | 52.5 | 21.1968 | 1,112.84 | 16,623.69 |
| Overtime | | | 0 | | 15.90 |
| Sick Time | 05/24/2026 - 05/30/2026 | 3.13 | 21.1968 | 66.35 | 796.02 |
| Holiday | 05/24/2026 - 05/30/2026 | 8 | 21.1968 | 169.58 | 508.74 |
| PTO | 05/24/2026 - 06/06/2026 | 16.37 | 21.1968 | 347.00 | 1,926.24 |
| Bonus - SLPG Staff/Mgr Qtr | | | 0 | | 532.81 |
| FMLA Intermittent Unpaid | 05/24/2026 - 06/06/2026 | 19.5 | 0 | 0.00 | 0.00 |
| Earnings | | | | 1,695.77 | 20,403.40 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 102.55 | 1,233.94 |
| Medicare | 23.98 | 288.58 |
| Federal Withholding | 134.48 | 1,672.42 |
| State Tax - PA | 50.78 | 611.01 |
| SUI-Employee Paid - PA | 1.18 | 14.28 |
| City Tax - PALMR | 16.54 | 199.03 |
| PA LST - PALMR | 2.00 | 24.00 |
| Employee Taxes | 331.51 | 4,043.26 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Medical Spending Flex | 24.00 | 288.00 |
| Medical Priority Care | 9.00 | 108.00 |
| Vision | 4.76 | 57.12 |
| Dental | 4.00 | 48.00 |
| Pre Tax Deductions | 41.76 | 501.12 |

| Post Tax Deduction | | |
|---|---|---|
| Description | Amount | YTD |
| Life Insurance | 7.11 | 85.32 |
| Post Tax Deduction | 7.11 | 85.32 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,654.01 | 19,902.28 |
| Medicare - Taxable Wages | 1,654.01 | 19,902.28 |
| Federal Withholding - Taxable Wages | 1,654.01 | 19,902.28 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PNC Bank | PNC | ******3631 | | 1,315.39 USD |

St Lukes Physician Group Inc 801 Ostrum Street Bethlehem, PA 18015
Robert Weaver 4046 Nicholas Street Easton, PA 18045

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robert Weaver | St Lukes Physician Group Inc | 24417 | 05/10/2026 | 05/23/2026 | 05/28/2026 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 1,695.77 | 41.76 | 331.52 | 7.11 | 1,315.38 |
| YTD | 18,707.63 | 459.36 | 3,711.75 | 78.21 | 14,458.31 |

Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 05/10/2026 - 05/23/2026 | 67 | 21.1968 | 1,420.19 | 15,510.85 |
| Overtime | | | 0 | | 15.90 |
| Sick Time | 05/10/2026 - 05/23/2026 | 3.13 | 21.1968 | 66.36 | 729.67 |
| Holiday | | | 0 | | 339.16 |
| PTO | 05/17/2026 - 05/23/2026 | 9.87 | 21.1968 | 209.22 | 1,579.24 |
| Excused Absence | 05/10/2026 - 05/16/2026 | 0.5 | 0 | 0.00 | 0.00 |
| Bonus - SLPG Staff/Mgr Qtr | | | 0 | | 532.81 |
| FMLA Intermittent Unpaid | 05/10/2026 - 05/23/2026 | 13.5 | 0 | 0.00 | 0.00 |
| Earnings | | | | 1,695.77 | 18,707.63 |

Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 102.55 | 1,131.39 |
| Medicare | 23.98 | 264.60 |
| Federal Withholding | 134.48 | 1,537.94 |
| State Tax - PA | 50.78 | 560.23 |
| SUI-Employee Paid - PA | 1.19 | 13.10 |
| City Tax - PALMR | 16.54 | 182.49 |
| PA LST - PALMR | 2.00 | 22.00 |
| Employee Taxes | 331.52 | 3,711.75 |

Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical Spending Flex | 24.00 | 264.00 |
| Medical Priority Care | 9.00 | 99.00 |
| Vision | 4.76 | 52.36 |
| Dental | 4.00 | 44.00 |
| Pre Tax Deductions | 41.76 | 459.36 |

Post Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| Life Insurance | 7.11 | 78.21 |
| Post Tax Deduction | 7.11 | 78.21 |

Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,654.01 | 18,248.27 |
| Medicare - Taxable Wages | 1,654.01 | 18,248.27 |
| Federal Withholding - Taxable Wages | 1,654.01 | 18,248.27 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PNC Bank | PNC | ******3631 | | 1,315.38 | USD |